18-1564
UNITED STATES COURT OF APPEALS
SEVENTH CIRCUIT

TERRENCE and DIXIE MOORE,

    Plaintiffs-Appellants,

v.

WELLS FARGO HOME MORTGAGE, INC.

    Defendant-Appellee.

Appeal From The United States District Court
For The Western District Of Wisconsin, Case Number 16-CV-656-WMC
The Honorable William M. Conley, Presiding

DEFENDANT-APPELLEE WELLS FARGO BANK, N.A.'S
MOTION TO AMEND CASE CAPTION

Defendant-Appellee Wells Fargo Bank, N.A., by its attorneys, pursuant to Fed. R. App. P. 27(b), moves the Court for an order amending the caption of this case to correct the name of Wells Fargo Bank, N.A., which plaintiffs-appellants incorrectly named as "Wells Fargo Home Mortgage, Inc."

Dated this 15th day of June, 2018.

Litchfield Cavo LLP
13400 Bishop's Lane
Suite 290
Brookfield, WI  53005
(262) 784-8931 (Dykeman phone)
(262) 784-8984 (Hammett phone)
(262) 784-8812 (fax)
dykeman@litchfieldcavo.com
hammett@litchfieldcavo.com

**LITCHFIELD CAVO LLP**
Attorneys for Wells Fargo Bank, N.A.


s/ Ericka C. Hammett
Stephanie L. Dykeman
S.B.W. # 1035857
Ericka C. Hammett
S.B.W. # 1064779

1

## Proof Of Service

I hereby certify that on June 15, 2018, I electronically filed the foregoing motion to amend case caption with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 15th day of June, 2018.


LITCHFIELD CAVO LLP
Attorneys for Wells Fargo Bank, N.A.

s/ Ericka C. Hammett
Ericka C. Hammett
S.B.W. 1064779


P.O. ADDRESS:
13400 Bishop's Lane
Suite 290
Brookfield, WI 53005-6227
(262) 784-8984
(262) 784-8812 (fax)
hammett@litchfieldcavo.com